Thomas J. McGarry
vs. } No. 83269.
Angelo Verrengio et al.

August 1, 1931.

CARPENTER, J. This is an action brought to recover balance due upon a contract for the remodeling of a dwelling house on Tobey Street in the City of Providence. The jury returned a verdict for the plaintiff in the sum of $1,490.35. Defendants thereupon filed a motion for a new trial, alleging the usual grounds, and the case is now before this Court upon said motion.

It appeared from the evidence that the plaintiff entered into a contract with defendants to remodel or build another floor on a house located on Tobey Street in the City of Providence. The plaintiff claimed that the contract price was $3,850; that he had received $2,206.93 on account, and that he had credited for incomplete cement work the sum of $250.

The defendants claimed that the work had not been done properly according to the contract.

Upon the evidence submitted to the jury, this Court feels that the jury were justified in returning a verdict of $1,490.35, and also feels that substantial justice has been done.

Motion for a new trial denied.

For plaintiff: Robinson & Robinson.

For defendant: Benjamin Cianciarulo.